IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN BROWN, Administrator for
the Estate of John Brown; JUSTIN
BROWN; JOHNATHON BROWN;
and J.B. & K.B. (minors)                                              PLAINTIFFS

v.                          No. 4:12-cv-140-DPM

CORRECTIONAL MEDICAL
SERVICES, INC. a/k/a Corizon;
ARKANSAS DEPARTMENT OF
CORRECTION; RAY HOBBS,
Director, Arkansas Deparment of
Correction; JOHN DOES 1-3;
MATTHEWS-JACKSON, Correctional
Officer; DYER, Correctional Officer;
R. HOLCOMB, Sergeant; WILSON,
Correctional Officer; VERA J.
SCROGGINS; SANDRA D. SMITH,
LPN; JANE DOES 1-4; DOUGLAS
EDMOND DE SAINT FELIX;
DR. DARLENE ANTOSH; and
DR. JOHN R. ANDERSON                                                  DEFENDANTS

ORDER

The Court has reviewed and screened the Browns' second amended complaint, *Document No. 12*. There are two clean-up items before service. First, the only proper plaintiff is the Administrator of John Brown's Estate, who appears to be Karen Brown. *Andrews v. Neer*, 253 F.3d 1052, 1056–57 (8th Cir. 2001); ARK. CODE ANN. §§ 16-62-101 & 102. Second, Brown must plead

with particularity what each named defendant, especially the nurses and officers, did or did not do. *Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009). If Brown cannot do so, she should omit the defendant from her complaint for now. Brown must make these changes, re-file her complaint by 21 August 2012, and then serve it on the defendants.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 August 2012