IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN BROWN, Administrator
for the Estate of John Brown                                              PLAINTIFF

v.                              No. 4:12-cv-140-DPM

CORRECTIONAL MEDICAL SERVICES, INC.,
a.k.a. Corizon; RAY HOBBS, Director,
Arkansas Department of Corrections, Individually;
DOUGLAS EDMOND DE SAINT FELIX, M.D.;
and DR. JOHN R. ANDERSON                                          DEFENDANTS

ORDER

Brown is right. The Court's limitation analysis about Correctional Medical Services, Dr. De Saint Felix, and Dr. Anderson was wrong. The three-year statute applies to Brown's § 1983 claims against them. *Wilson v. Garcia*, 471 U.S. 261 (1985). The Court vacates the parts of its March 2014 Order, № 31, reasoning to a different conclusion. Unopposed motion to reconsider, № 35, granted. CMS, and its employees Drs. De Saint Felix and Anderson, are reinstated as defendants. The Court directs the Clerk to send this Order to Mr. Humphries, their lawyer.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

*3 October 2014*