IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN BROWN, Administrator
for the Estate of John Brown                                          PLAINTIFF

v.                          No. 4:12-cv-140-DPM

CORRECTIONAL MEDICAL SERVICES, INC.,
a.k.a. Corizon; RAY HOBBS, Director,
Arkansas Department of Corrections, Individually;
DOUGLAS EDMOND DE SAINT FELIX, M.D.;
and DR. JOHN R. ANDERSON                                              DEFENDANTS

ORDER

The Court has reconsidered. But it concludes that its earlier considered analysis, № 31, is correct. The medical defendants' motion for reconsideration, № 37, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2014