IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN BROWN, Administrator
for the Estate of John Brown                                                       PLAINTIFF

v.                            No. 4:12-cv-140-DPM

CORRECTIONAL MEDICAL SERVICES, INC.,
a.k.a. Corizon; RAY HOBBS, Director, ADC;
DOUGLAS EDMOND DE SAINT FELIX, M.D.;
and DR. JOHN R. ANDERSON                                                    DEFENDANTS

ORDER

Hobbs's motion to deem admitted, № 57, is granted as modified. The Court deems Brown to have admitted all the facts asserted in Hobbs's Local Rule 56.1 statement with one carve out: Where Hobbs's statement overlaps with the medical defendants', № 40, the Court deems admitted only the facts that Brown admitted in responding, № 54, to the medical defendants' statement. Hobbs's uncontested motion for summary judgment, № 41, is granted. Brown's claims against Hobbs are dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 January 2015