IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN BROWN, Administrator for the
Estate of John Brown                                                                    PLAINTIFF

v.                          No. 4:12-cv-140-DPM

CORRECTIONAL MEDICAL SERVICES, INC.,
a.k.a. Corizon; ARKANSAS DEPARTMENT OF
CORRECTION; RAY HOBBS, Director, ADC;
JOHN DOES 1-3; MATTHEWS-JACKSON,
Correctional Officer; R. HOLCOMB, Sergeant;
WILSON, Correctional Officer; VERA J.
SCROGGINS; SANDRA D. SMITH, LPN;
JANE DOES 1-4; DOUGLAS EDMOND
DE SAINT FELIX, M.D.; DARLENE ANTOSH
M.D.; and DR. JOHN R. ANDERSON                                          DEFENDANTS

ORDER

The Court notes and appreciates appointed counsel's notice. № 77.

Wren is relieved as counsel with the Court's thanks for his service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2015