IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN BROWN, Administrator for
the Estate of John Brown                                              PLAINTIFF

v.                          No. 4:12-cv-140-DPM

CORRECTIONAL MEDICAL
SERVICES, INC. a/k/a Corizon;
ARKANSAS DEPARTMENT OF
CORRECTION; RAY HOBBS,
Director, ADC; JOHN DOES 1-3;
MATTHEWS-JACKSON, Correctional
Officer; DYER, Correctional Officer;
R. HOLCOMB, Sergeant; WILSON,
Correctional Officer; VERA J.
SCROGGINS; SANDRA D. SMITH,
LPN; JANE DOES 1-4; DOUGLAS
EDMOND DE SAINT FELIX, M.D.;
DARLENE ANTOSH, M.D.; and
DR. JOHN R. ANDERSON                                                  DEFENDANTS

ORDER

This Court has received the attached letter from Brown. The Clerk should docket it as a motion to reconsider. The Court requests responses from the defendants by 5 February 2016.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

21 January 2016



Judge D. P. Marshall

4:12-cv-140-DPM

My name is Karen Brown, on March 16 2010 I lost my husband while he was incarcerated.

I am aware that you know I waited eleven days before filing a lawsuit before statue of limitations ran. As you might know filing a lawsuit was never a priority for me. Taking care of children and protecting them was.

We fought the lawsuit for three years getting paperwork together and learning more about what happens to a body when it dies than I really never wanted to know, especially about my husband. I could have gone a life time not knowing that he screamed for me and his face was blue like oxygen had been cut off, or the facet he uninated on himself. These are visions I hope you never have to experience.

When it came down to the end when we were preparing for trial CMS ADMITTED that they lost pertinent medical records that we needed to prove that they had failed to provide the care they were supposed to for my husband. And they pretty much said yep we lost it and there is nothing you can do to prove we did it with malice. But yet they were able to maintain

over five thousands other documents just not the ones I have been asking for, for almost five years.

And when we could not provide an expert witness to say yes this is what happened without the medical records you dismissed our lawsuit. We could not ask a doctor to lie if he didn't see the records to prove what I was alledging.

You never gave us the opportunity to be heard in your court room. You never got to meet me or my amazing children that lost everything that day.

As I don't understand your thinking on this because I thought the court room was for the trial and let a jury decide. I am asking and begging you to reconsider to let me fight for him in the proper setting.

I know it has been months since you rendered your decision but I have had a lot of praying to do over this. I can't believe that John died for nothing that my children suffer everyday for nothing.

Please allow me to finish what I started and let a jury make the decision after hearing everything. This case should be heard and Correctional Medical Services should not be allowed to lose the documents they want and keep the ones that will help their case. You gave them permission to lose other inmates records are you aware anytime an inmate gets hurt or dies while on their watch all they have to do now is lose the paperwork that they deem necessary. Please help me get this back in a courtroom.

I know it has taken me awhile to get this to you but you have no idea what I have lost what my children have lost and for you to just dismiss this case with out giving us our day in court has been unbelievable.

*Karen Brown* (signature)

Karen Brown

13524 Melrose

Alexander, AR 72002

501-650-4753