## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KAREN BROWN, Administrator for
the Estate of John Brown**                                             **PLAINTIFF**

v.                                     **No. 4:12-cv-140-DPM**

**CORRECTIONAL MEDICAL
SERVICES, INC. a/k/a Corizon;
ARKANSAS DEPARTMENT OF
CORRECTION; RAY HOBBS,
Director, ADC; JOHN DOES 1–3;
MATTHEWS-JACKSON, Correctional
Officer; DYER, Correctional Officer;
R. HOLCOMB, Sergeant; WILSON,
Correctional Officer; VERA J.
SCROGGINS; SANDRA D. SMITH,
LPN; JANE DOES 1–4; DOUGLAS
EDMOND DE SAINT FELIX, M.D.;
DARLENE ANTOSH, M.D.; and
DR. JOHN R. ANDERSON**                                          **DEFENDANTS**

### ORDER

**1.** As the medical defendants say, the four pages of missing records were throughly addressed before the Court entered Judgment. No sufficient Rule 60 basis has been presented to reopen this case. Motion to reconsider, № *81*, denied.

**2.** Brown's motion to appeal *in forma pauperis*, № *84*, is granted. She cannot afford the fee to appeal. FED. R. APP. P. 24(a)(1)–(2).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

1 February 2016